## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE ANTOINE, | * | CIVIL ACTION NO. 2:23-CV-04179 |
| | * | |
| *Plaintiff* | * | CHIEF JUDGE: WENDY B. VITTER |
| vs. | * | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | * | MAGISTRATE: MICHAEL NORTH |
| | * | |
| | * | |
| *Defendant* | | |

## MOTION TO WITHDRAW

**NOW INTO COURT**, comes undersigned counsel, Heather C. Ford, attorney of record for the Plaintiff, Willie Antoine, who does hereby request to be withdrawn as a counsel of record.

**THEREFORE**, counsel asks that this Court withdraw Heather C. Ford as counsel of record. The Plaintiff last known address is 2025 Watling Dr. Marrero, LA 70072.

Respectfully submitted,

*Attorney for Plaintiff*

*/s/ Heather C. Ford*
**Heather C. Ford - Bar #31377**
**Law Office of Heather C. Ford LLC**
**1465 N Broad Street, Ste #200**
**New Orleans, Louisiana 70119**
filing@fordesq.com
**504-500-4722 office**
**504-910-9883 fax**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE ANTOINE, | * | CIVIL ACTION NO. 2:23-CV-04179 |
| | * | |
| *Plaintiff* | * | CHIEF JUDGE: WENDY B. VITTER |
| vs. | * | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | * | MAGISTRATE: MICHAEL NORTH |
| | * | |
| | * | |
| *Defendant* | | |

ORDER
_____

IT IS ORDERED that Heather C. Ford removed as counsel of record.

Louisiana this _____ day of _____, 20___.

_____

JUDGE